UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: No. 5:17-CV-06868-SVK |
| Plaintiff, | [proposed] **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |
| v. | |
| **M & F Property Investments, LLC,** a California Corporation; and Does 1-10, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include November 5, 2019.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated:    August 23, 2019

_____

HON. SUSAN VAN KEULEN

UNITED STATES MEGISTRATE JUDGE

1